```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10690
   DONNA R OVERTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1173

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/14/2007 and was confirmed 09/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
EMC MORTGAGE CORPORATION  CURRENT MORTG           .00             .00            .00
EMC MORTGAGE CORPORATION  MORTGAGE ARRE       3018.85             .00            .00
HSBC AUTO FINANCE         SECURED VEHIC      21408.00          280.80         595.84
SALLIE MAE LSCF           PRIORITY                .00             .00            .00
SALLIE MAE LSCF           PRIORITY                .00             .00            .00
AT&T                      UNSECURED        NOT FILED             .00            .00
WELLS FARGO AUTO FINANCE  UNSECURED        NOT FILED             .00            .00
DEVRY INC                 UNSECURED              .00             .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1700.24             .00            .00
WORLD FINANCIAL NETWORK   UNSECURED           243.40             .00            .00
FAST CASH ADVANCE         UNSECURED        NOT FILED             .00            .00
PAYDAY LOAN STORE OF IL   UNSECURED        NOT FILED             .00            .00
ADT SECURITY SERVICES     UNSECURED        NOT FILED             .00            .00
SPRINT-NEXTEL CORP        UNSECURED            97.90             .00            .00
WELLS FARGO FINANCIAL IN  UNSECURED         11213.18             .00            .00
SALLIE MAE GUARANTEE SER  UNSECURED              .00             .00            .00
HSBC AUTO FINANCE         UNSECURED          1536.87             .00            .00
ISAC IDAPP                UNSECURED              .00             .00            .00
MARTIN J OHEARN           DEBTOR ATTY       3,000.00                            .00
TOM VAUGHN                TRUSTEE                                             63.36
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   940.00

PRIORITY                                            .00
SECURED                                          595.84
   INTEREST                                      280.80
UNSECURED                                           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 10690 DONNA R OVERTON
```

```
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                63.36
DEBTOR REFUND                                                         .00
                                           ----------------   ----------------
TOTALS                                              940.00             940.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 04/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE